**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter    **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Preis PLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**72-0878039**

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**900 South College Rd., Suite 100**
**Lafayette, LA 70503**
Number, Street, City, State & ZIP Code

**Lafayette**
County

**Mailing address, if different from principal place of business**

**P.O. Drawer 94-C**
**Lafayette, LA 70501**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **preisplc.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __1110__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2023**
               MM / DD / YYYY

**X** **/s/ Edwin G. Preis, Jr.**                              **Edwin G. Preis, Jr.**
     Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ H. Kent Aguillard**                    Date    **October 13, 2023**
     Signature of attorney for debtor                      MM / DD / YYYY

**H. Kent Aguillard**
Printed name

**H. Kent Aguillard**
Firm name

**141 S. 6th Street**
**Eunice, LA 70535**
Number, Street, City, State & ZIP Code

Contact phone    **337-457-9331**        Email address    **kent@aguillardlaw.com**

**02354 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Preis PLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2023**     X **/s/ Edwin G. Preis, Jr.**
                                                      Signature of individual signing on behalf of debtor

                                                    **Edwin G. Preis, Jr.**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

Debtor name    **Preis PLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................    $ _____583,970.11

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................    $ _____583,970.11

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____1,456,421.83

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____710,925.61

4.    Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b    $ _____2,167,347.44

Fill in this information to identify the case:

Debtor name **Preis PLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Hancock Whitney** | **Checking** | **3861** | $81,939.58 |
| 3.2. | **Hancock Whitney** | **Checking** | **1605** | $57.56 |
| 3.3. | **Hancock Whitney** | **Checking** | **1566** | $105.10 |
| 3.4. | **Hancock Whitney** | **Checking** | **4135** | $56.45 |
| 3.5. | **Hancock Whitney** | **Checking** | **4798** | $14,366.52 |
| 3.6. | **First Horizon** | **Checking** | **5056** | $301.85 |

4. **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                          | $96,827.06 |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 382,145.31 | - 0.00 = .... | $382,145.31 |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 27,144.43 | - 0.00 = .... | $27,144.43 |
| | face amount | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 58,126.79 | - 0.00 = .... | $58,126.79 |
| | face amount | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 3,226.52 | - 0.00 = .... | $3,226.52 |
| | face amount | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**                                         | $470,643.05 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:       Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:       Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:       Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:       Office furniture, fixtures, and equipment; and collectibles**

| Debtor | **Preis PLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture<br>**misc office furniture given to flea market - see attached exhibit A** | **$0.00** | | **$0.00** |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | **$0.00** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Ford Edge -19,700 miles** | **$0.00** | | **$16,500.00** |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
|---|---|
| 49. | **Aircraft and accessories** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

| 51. | **Total of Part 8.** | **$16,500.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?** |
|---|---|

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.preisplc.com** | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | **$0.00** |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor **Preis PLC**
Name

Case number *(If known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $96,827.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $470,643.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $583,970.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $583,970.11 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Ford Motor Credit**
Creditor's Name

P.O. Box 790119
Saint Louis, MO 63179
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3874**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**2019 Ford Edge -19,700 miles**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **$6,710.00** | **$16,500.00** |
|---|---|

**2.2** **Hancock Whitney Bank**
Creditor's Name

1301 Camellia Blvd.
Lafayette, LA 70508
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**8/26/20**

**Last 4 digits of account number**
**5055**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Hancock Whitney Bank - line of credit - Acct# 5055**

**Describe the lien**
**line of credit LA R.S 6:316; 394.1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $50,000.00 | $50,000.00 |
|---|---|

Name

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Hancock Whitney Bank** | Describe debtor's property that is subject to a lien | $1,399,711.83 | $0.00 |
|---|---|---|---|---|

Creditor's Name
line of credit

**1301 Camellia Blvd.
Lafayette, LA 70508**

Creditor's mailing address

**Describe the lien**
line of credit LA R.S 6:316; 394.1

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
5010**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,456,421.83 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Craig Ryan<br>400 E. Kaliste Saloom, Ste. 3000<br>Lafayette, LA 70508** | Line   2.2 | |
| **Richard Rozanski<br>2312 S. Macarthur Dr.<br>Alexandria, LA 71301** | Line   2.1 | |

---

| Fill in this information to identify the case: |
| --- |

Debtor name **Preis PLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

**3.1** | Nonpriority creditor's name and mailing address
**Acadiana Movers, LLC**
**120 Southpark Rd.**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,445.00**

**3.2** | Nonpriority creditor's name and mailing address
**Alasdair Robert**
**4220 Dallas St.**
**Houston, TX 77023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _unpaid wages_

Is the claim subject to offset? ■ No  ☐ Yes

**$25,213.48**

**3.3** | Nonpriority creditor's name and mailing address
**Arrow Capital**
**P.O. Box 844324**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,063.44**

**3.4** | Nonpriority creditor's name and mailing address
**AT&T**
**P.O. Box 5014**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$217.04**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,477.32 |
|---|---|---|---|

**Billeaud Planters, Inc.**
**106 St. Nazaire Rd.**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/23-10/1/23

Basis for the claim:  unpaid rent (Lafayette office)

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.23 |
|---|---|---|---|

**CDW Direct, LLC**
**P.O. Box 75723**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,586.76 |
|---|---|---|---|

**Compass Premium Finance LLC**
**426 N. Avenue G**
**Crowley, LA 70527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**David Pybus**
**6306 Pickens, Unit 1**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,250.00 |
|---|---|---|---|

**David Pybus**
**6306 Pickens, Unit 1**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  unpaid wages

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,552.05 |
|---|---|---|---|

**Domingue's Record Management**
**P.O. Box 2159**
**Lafayette, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Dovetail Digital Marketing**
**400 Ambassador Caffery Pkwy**
**Suite A PMB 398**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Preis PLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,844.82 |
|---|---|---|---|
| | **Edwin G. Preis, Jr.**<br>**132 Heartwood Circle**<br>**Lafayette, LA 70503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,250.00 |
|---|---|---|---|
| | **Edwin G. Preis, Jr.**<br>**132 Heartwood Circle**<br>**Lafayette, LA 70503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  unpaid wages | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,907.06 |
|---|---|---|---|
| | **F. Douglas Ortego**<br>**121 Templeton Dr.**<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  unpaid wages | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.46 |
|---|---|---|---|
| | **Federal Express**<br>**P.O. Box 660481**<br>**Dallas, TX 75266-0481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.66 |
|---|---|---|---|
| | **File Link**<br>**4425 York St.**<br>**Metairie, LA 70001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201,500.00 |
|---|---|---|---|
| | **First Horizon Bank**<br>**P.O. Box 13740**<br>**New Iberia, LA 70562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/13/22 | Basis for the claim: _ | |
| | Last 4 digits of account number  3450 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Gulf Coast Office Products**<br>**3200 Verot School Rd., Suite B**<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Preis PLC** | Case number *(if known)* | |
|--------|-------------|--------------------------|--|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,819.74 |
|------|--------|--------|--------|

**Hancock Whitney Bank**
**1301 Camellia Blvd.**
**Lafayette, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number  **7647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Funds for various former clients of debtor/funds held in trust**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,839.08 |
|------|--------|--------|--------|

**Joshua Trahan**
**221 Phoenix Dr.**
**Lafayette, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.46 |
|------|--------|--------|--------|

**Kentwood Spring Water, Inc.**
**P.O. Box 660579**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.05 |
|------|--------|--------|--------|

**Logix Fiber Networks**
**P.O. Box 734120**
**Dallas, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,152.82 |
|------|--------|--------|--------|

**Mass Mutual**
**P.O. Box 92485**
**Chicago, IL 60675**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Life ins. and disability ins.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.34 |
|------|--------|--------|--------|

**Met Life**
**P.O. Box 804466**
**Kansas City, MO 64180**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,712.50 |
|------|--------|--------|--------|

**MLCSV15, LLC**
**1250 Wood Branch Park Dr.**
**Suite 100**
**Houston, TX 77079**

Date(s) debt was incurred  **9/1/23-10/1/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid rent (Houston Office)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Premium Parking Service**
**1010 Common St., Suite 2950**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Purchase Power**
**P.O. Box 85042**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.09 |
|---|---|---|---|

**Sewerage and Water Board of N.O.**
**625 St. Joseph St.**
**New Orleans, LA 70165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,977.44 |
|---|---|---|---|

**Sterling 601 Poydras LLC**
**P.O. Box 945487**
**Atlanta, GA 30394-5487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/23-10/1/23

Basis for the claim:  unpaid rent (New Orleans office)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,029.25 |
|---|---|---|---|

**The Lincoln National Life Ins Co**
**P.O. Box 7247-0477**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**The Petroleum Club**
**P.O. Box 51251**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.72 |
|---|---|---|---|

**Time Warner Telecom**
**P.O. Box 910182**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,775.52 |

**Travelers**
P.O. Box 660317
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,738.43 |

**Two Men and a Truck**
400 Cameron St.
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __moving services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,835.00 |

**Uptime Legal Systems**
7500 Flying Cloud Dr., Suite 640
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,304.82 |

**US Bank Equipment Finance**
P.O. Box 790448
**Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.82 |

**Veritrust Corporation**
7804 Fairview Rd., Suite 153
**Charlotte, NC 28226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.11 |

**Verizon Wireless**
P.O. Box 660108
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,421.11 |

**West Publishing Corporation**
P.O. Box 6292
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Preis PLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,198.99 |
|---|---|---|---|

**Westlaw**
**P.O. Box 6292**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Emile Joseph**<br>**2000 Kaliste Saloom, #400**<br>**Lafayette, LA 70508** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 710,925.61 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 710,925.61 |

Fill in this information to identify the case:

Debtor name    **Preis PLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **MLCSV15, LLC**<br>**1250 Wood Branch Park Dr.**<br>**Suite 100**<br>**Houston, TX 77079** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sterling 601 Poydras LLC**<br>**P.O. Box 945487**<br>**Atlanta, GA 30394-5487** |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 1 of 1

Debtor name     **Preis PLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alasdair Robert** | **4220 Dallas St.**<br>**Houston, TX 77023** | **First Horizon Bank** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.2 | **Alasdair Robert** | **4220 Dallas St.**<br>**Houston, TX 77023** | **Hancock Whitney Bank** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **David Pybus** | **6306 Pickens, Unit 1**<br>**Houston, TX 77007** | **First Horizon Bank** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.4 | **David Pybus** | **6306 Pickens, Unit 1**<br>**Houston, TX 77007** | **Hancock Whitney Bank** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Edwin G. Preis, Jr.** | **132 Heartwood Circle**<br>**Lafayette, LA 70503** | **First Horizon Bank** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Edwin G. Preis, Jr. | 132 Heartwood Circle<br>Lafayette, LA 70503 | Hancock Whitney Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | F. Douglas Ortego | 121 Templeton Dr.<br>Lafayette, LA 70508 | First Horizon Bank | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.8 | F. Douglas Ortego | 121 Templeton Dr.<br>Lafayette, LA 70508 | Hancock Whitney Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Joshua Trahan | 221 Phoenix Dr.<br>Lafayette, LA 70503 | First Horizon Bank | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.10 | Joshua Trahan | 221 Phoenix Dr.<br>Lafayette, LA 70503 | Hancock Whitney Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Preis PLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,295,163.65** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,382,195.08** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,413,312.49** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Preis PLC** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Compass Premium Finance LLC** 426 N. Ave. G Crowley, LA 70527 | 8/7/23-9/11/23 | $9,173.52 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2. **MLCSV15, LLC** 1250 Wood Branch Park Dr. #100 Houston, TX 77079 | 8/3/23 | $12,356.25 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3. **Stirling 601 Poydras LLC** P.O. Box 945487 Atlanta, GA 30394-5487 | 8/2/23 | $9,992.84 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.4. **Travelers** P.O. Box 660317 Dallas, TX 75266 | 8/23/23 | $8,273.90 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.5. **Uptime Legal Systems** 7500 Flying Cloud Dr., Suite 640 Eden Prairie, MN 55344 | 8/24/23-9/25/23 | $25,670.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.6. **Whitney & Sloo 14, LLC** P.O. Drawer 94-C Lafayette, LA 70509 | 8/23/23-10/4/23 | $10,317.54 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.7. **Blue Cross Blue Shield of LA** P.O. Box 98029 Baton Rouge, LA 70898 | 8/7/23-9/11/23 | $35,320.09 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Hancock Whitney Bank**<br>**1301 Camellia Blvd.**<br>**Lafayette, LA 70508** | 10/22-10/23 | $82,000.00 | **interest payments for the last 12 months**<br>**Guarantors: Edwin G. Preis, Jr., David Pybus, Alasdair Robert, F. Douglas Ortego and Joshua Trahan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Billeaud Planters Inc. v. Preis PLC**<br>**2023-4615** | | **15th JD - Lafayette Parish**<br>**800 South Buchanan St.**<br>**Lafayette, LA 70501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **John Robert, III v. Preis PLC**<br>**2021-5906** | **unpaid wages** | **15th JD - Lafayette Parish**<br>**800 S. Buchanan**<br>**Lafayette, LA 70501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Christopher Smith v. Preis PLC**<br>**2020-09747** | **contract dispute** | **Civil District Court-Orleans Parish**<br>**421 Loyola Ave., #402**<br>**New Orleans, LA 70112** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Preis PLC v. C.M. Miciotto & Son, Inc, et al** | **damages** | **15th JD - Lafayette Parish**<br>**800 S. Buchanan**<br>**Lafayette, LA 70501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Bo Duhe Campaign Fund**<br>**25 Paradie Woods**<br>**New Iberia, LA 70563** | **Sponsor-golf tournament** | **4/18/22** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **H. Kent Aguillard**<br>**141 South 6th Street**<br>**Eunice, LA 70535** | **Attorney Fees** | | **$30,500.00** |
| | **Email or website address**<br>**kent@aguillardlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Darnall Sikes & Frederick**<br>**2000 Kaliste Saloom Road,**<br>**Suite 300**<br>**Lafayette, LA 70508** | | | **$10,000.00** |
| | **Email or website address**<br>**larrys@dsfcpas.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Cajun Flea Market & Auction 1051 W. Laurel Eunice, LA 70535** | **misc office furniture - no charge to move - cost of moving would exceed value of furniture - see exhibit A** | **October 10, 2023** | **$0.00** |
| | Relationship to debtor **none** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **102 Versailles Blvd., Suite 400 Lafayette, LA 70501** | **1983-5/31/23** |

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First National Bank** **P.O. Box 267** **Crowley, LA 70527** | **XXXX-7259** | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other___ | **September 2023** | **$21,680.63** |
| 18.2. | **Hancock Whitney** **1301 Camellia Blvd. #100** **Lafayette, LA 70508** | **XXXX-3298** | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other___ | **September 2023** | **$391.24** |
| 18.3. | **Hancock Whitney** **1301 Camellia Blvd., #100** **Lafayette, LA 70508** | **XXXX-8420** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **September 2023** | **$3,058.22** |
| 18.4. | **Hancock Whitney** **1301 Camellia Blvd, #100** **Lafayette, LA 70508** | **XXXX-5761** | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other___ | **September 2023** | **$732.50** |
| 18.5. | **Hancock Whitney** **1301 Camellia Bvd., #100** **Lafayette, LA 70508** | **XXXX-3869** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **September 2023** | **$31,074.04** |
| 18.6. | **Rayne State Bank** **P.O. Box 129** **Rayne, LA 70578** | **XXXX-1753** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **September 2023** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.7. | **Home Bank**<br>**P.O. Box 81459**<br>**Lafayette, LA 70598** | **XXXX-6003** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **September 2023** | **$0.00** |
| 18.8. | **First Horizon**<br>**P.O. Box 84**<br>**Memphis, TN 38101** | **XXXX-490** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **September 2023** | **$6.01** |
| 18.9. | **Hancock Whitney**<br>**1301 Camellia Blvd #100**<br>**Lafayette, LA 70508** | **XXXX-4992** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **September 2023** | **$8,578.54** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **First Horizon Bank**<br>**200 West Congress St.**<br>**Lafayette, LA 70501** | **Edwin G. Preis, Jr., 132 Heartwood Circle, Lafayette, LA 70503**<br>**F. Douglas Ortego, 121 Templeton Dr., Lafayette, LA 70508**<br>**Jill Berwick, 213 Alice Dr., Lafayette, LA 70503** | **legal documents** | ☐ No<br>■ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Domingue's Record Management PJD Investment Corp.**<br>**P.O. Box 2159**<br>**Lafayette, LA 70502** | **Edwin G. Preis, Jr., 132 Heartwood Circle, Lafayette, LA 70503** | **Closed client files, employee/firm records** | ☐ No<br>■ Yes |
| **File Link**<br>**4425 York St.**<br>**Metairie, LA 70001** | **Edwin G. Preis, Jr., 132 Heartwood Circle, Lafayette, LA 70503** | **Closed client files and employee/firm records** | ☐ No<br>■ Yes |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Veritrust Corporation<br>7804 Fairview Rd., Suite 153<br>Charlotte, NC 28226 | Edwin G. Preis, Jr., 132 Heartwood Circle, Lafayette, LA 70503 | Closed client files and employee/firm records | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   **Darnall Sikes & Frederick** **P.O. Box 2517** **Lafayette, LA 70502** | **1/1/22-8/31/23** |
| 26a.2.   **Sara Francis** **1116 Ridge Road** **Duson, LA 70529** | **5/10/21-8/26/22** |
| 26a.3.   **Lisa Crisp** **1418 Gamma St.** **Pasadena, TX 77504** | **2/12/99-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.   **Darnall, Sikes & Frederick** **P.O. Box 2517** **Lafayette, LA 70502** | **1/1/22-8/31/23** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.   **Lisa Crisp** **1418 Gamma St.** **Pasadena, TX 77504** | |
| 26c.2.   **Darnall, Sikes & Frederick** **P.O. Box 2517** **Lafayette, LA 70502** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.   **Hancock Whitney Bank** **1301 Camellia Blvd.** **Lafayette, LA 70508** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Edwin G. Preis, Jr. | 132 Heartwood Circle Lafayette, LA 70503 | President/shareholder | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| David Pybus | 6306 Pickens, Unit 1 Houston, TX 77007 | Secretary/shareholder | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Alasdair Roberts | 4220 Dallas St. Houston, TX 77023 | Shareholder | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| F. Douglas Ortego | 121 Templeton Dr. Lafayette, LA 70508 | Shareholder | 20% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Joshua Trahan | 221 Phoenix Drive Lafayette, LA 70503 | Shareholder - 20% | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Edwin G. Preis, Jr. 132 Heartwood Circle Lafayette, LA 70503 | $411,950 | 10/22-10/23 | payroll, expense reimbursement and car allowance |
| | Relationship to debtor | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | **David Pybus**<br>**6306 Pickens, Unit 1**<br>**Houston, TX 77007** | **$303,450** | **10/22-10/23** | **payroll, expense reimbursement and car allowance** |
| | Relationship to debtor | | | |
| 30.3 | **Alasdair Roberts**<br>**4220 Dallas St.**<br>**Houston, TX 77023** | **$155,171.03** | **10/22-10/23** | **payroll and expense reimbursement** |
| | Relationship to debtor | | | |
| 30.4 | **F. Douglas Ortego**<br>**121 Templeton Dr.**<br>**Lafayette, LA 70508** | **$162,500** | **10/22-10/23** | **payroll and expense reimbursement** |
| | Relationship to debtor | | | |
| 30.5 | **Joshua Trahan**<br>**221 Phoenix Dr.**<br>**Lafayette, LA 70503** | **$144,022.30** | **10/22-6/23** | **payroll, expense reimbursement and car allowance** |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2023**

**/s/ Edwin G. Preis, Jr.**                                    **Edwin G. Preis, Jr.**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Preis PLC** _____    Case No. _____

Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    30,162.00 |
| Prior to the filing of this statement I have received | $    30,162.00 |
| Balance Due | $    0.00 |

2.    $ **338.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    [Other provisions as needed]
      **Advise debtor as to business bankruptcy, preparation of schedules, attend 341 meeting, cooperate with trustee, and represent debtor until attorney withdraws.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtor(s) in any adversary proceedings.**

| **CERTIFICATION** |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 13, 2023** _____    **/s/ H. Kent Aguillard**
*Date*    **H. Kent Aguillard**
   *Signature of Attorney*
   **H. Kent Aguillard**
   **141 S. 6th Street**
   **Eunice, LA 70535**
   **337-457-9331  Fax: 337-457-2917**
   **kent@aguillardlaw.com**
   *Name of law firm*

Acadiana Movers, LLC
120 Southpark Rd.
Lafayette, LA 70508


Alasdair Robert
4220 Dallas St.
Houston, TX 77023


Arrow Capital
P.O. Box 844324
Dallas, TX 75284


AT&T
P.O. Box 5014
Carol Stream, IL 60197


Billeaud Planters, Inc.
106 St. Nazaire Rd.
Broussard, LA 70518


CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675


Compass Premium Finance LLC
426 N. Avenue G
Crowley, LA 70527


Craig Ryan
400 E. Kaliste Saloom, Ste. 3000
Lafayette, LA 70508


David Pybus
6306 Pickens, Unit 1
Houston, TX 77007

Domingue's Record Management
P.O. Box 2159
Lafayette, LA 70502


Dovetail Digital Marketing
400 Ambassador Caffery Pkwy
Suite A PMB 398
Lafayette, LA 70508


Edwin G. Preis, Jr.
132 Heartwood Circle
Lafayette, LA 70503


Emile Joseph
2000 Kaliste Saloom, #400
Lafayette, LA 70508


F. Douglas Ortego
121 Templeton Dr.
Lafayette, LA 70508


Federal Express
P.O. Box 660481
Dallas, TX 75266-0481


File Link
4425 York St.
Metairie, LA 70001


First Horizon Bank
P.O. Box 13740
New Iberia, LA 70562


Ford Motor Credit
P.O. Box 790119
Saint Louis, MO 63179

Gulf Coast Office Products
3200 Verot School Rd., Suite B
Lafayette, LA 70508


Hancock Whitney Bank
1301 Camellia Blvd.
Lafayette, LA 70508


Joshua Trahan
221 Phoenix Dr.
Lafayette, LA 70503


Kentwood Spring Water, Inc.
P.O. Box 660579
Dallas, TX 75266


Logix Fiber Networks
P.O. Box 734120
Dallas, TX 75373


Mass Mutual
P.O. Box 92485
Chicago, IL 60675


Met Life
P.O. Box 804466
Kansas City, MO 64180


MLCSV15, LLC
1250 Wood Branch Park Dr.
Suite 100
Houston, TX 77079


Premium Parking Service
1010 Common St., Suite 2950
New Orleans, LA 70112

Purchase Power
P.O. Box 85042
Louisville, KY 40285


Richard Rozanski
2312 S. Macarthur Dr.
Alexandria, LA 71301


Sewerage and Water Board of N.O.
625 St. Joseph St.
New Orleans, LA 70165


Sterling 601 Poydras LLC
P.O. Box 945487
Atlanta, GA 30394-5487


The Lincoln National Life Ins Co
P.O. Box 7247-0477
Philadelphia, PA 19170


The Petroleum Club
P.O. Box 51251
Lafayette, LA 70505


Time Warner Telecom
P.O. Box 910182
Denver, CO 80291


Travelers
P.O. Box 660317
Dallas, TX 75266


Two Men and a Truck
400 Cameron St.
Lafayette, LA 70506

Uptime Legal Systems
7500 Flying Cloud Dr., Suite 640
Eden Prairie, MN 55344


US Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179


Veritrust Corporation
7804 Fairview Rd., Suite 153
Charlotte, NC 28226


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


West Publishing Corporation
P.O. Box 6292
Carol Stream, IL 60197


Westlaw
P.O. Box 6292
Carol Stream, IL 60197

**United States Bankruptcy Court**
**Western District of Louisiana**

In re   **Preis PLC** _____   Case No. _____

                                    Debtor(s)        Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 13, 2023** _____        **/s/ Edwin G. Preis, Jr.** _____
                                                    **Edwin G. Preis, Jr./President**
                                                    Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Preis PLC**          Case No. _____

            Debtor(s)        Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Preis PLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 13, 2023** _____       **/s/ H. Kent Aguillard** _____

Date                               **H. Kent Aguillard**

                                       Signature of Attorney or Litigant

                                       Counsel for   **Preis PLC** _____

                                       **H. Kent Aguillard**
**141 S. 6th Street**
**Eunice, LA 70535**
**337-457-9331 Fax:337-457-2917**
**kent@aguillardlaw.com**